NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RONALD CHENG
Assistant U.S. Attorney
Chief, Criminal Division
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>                   Plaintiff,<br><br>vs.<br><br>Edward Charles Wright,<br><br>                   Defendant. | 3:19-CR-00012-MMD-WGC<br><br>**UNITED STATES' MOTION TO SEAL AND SEALING ORDER [PROPOSED]** |

The government respectfully moves the Court for an order sealing the corresponding Stipulation for Protective Order Regarding Confidential Records, Protective Order [Proposed] Regarding Confidential Records, this Motion, and any corresponding Order issued by this Honorable Court, be sealed,

/ / /

/ / /

/ / /

1

given that the stipulation and proposed protective order contain confidential records that may be deemed sensitive.

DATED this 18th day of March, 2020     .     Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney


　　/s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

## ORDER

Based upon the government's foregoing motion and the representations set forth therein, and good cause appearing, the Court hereby ORDERS that the Stipulation for Protective Order Regarding Confidential Records, Protective Order [Proposed] Regarding Confidential Records, this Motion, and any corresponding Order be filed under SEAL effective today until further Order of the Court.

DATED this __18th__ day of March, 2020.

_____
HON. MIRANDA M. DU
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

It is hereby certified that pursuant to LCR 47-4 service of the foregoing **UNITED STATES' MOTION TO SEAL AND SEALING ORDER [PROPOSED]** shall be served on counsel for defendant via email to the following:

    Chris Frey
    chris_frey@fd.org

Dated this 18th day of March, 2020

                              */s/ Randolph J. St. Clair*
                              RANDOLPH J. ST. CLAIR
                              Assistant United States Attorney