1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8 | UNITED STATES OF AMERICA,  |  3:19-CR-012-MMD-WGC

9 |       Plaintiff,  |  **Final Order of Forfeiture**

10 |     v.

11 | EDWARD C. WRIGHT,

12 |       Defendant.

13      The United States District Court for the District of Nevada entered a Preliminary

14 Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. §

15 2253(a)(1) and (a)(3) based upon the plea of guilty by Edward C. Wright to the criminal

16 offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture

17 Allegation of the Criminal Indictment and shown by the United States to have the requisite

18 nexus to the offense to which Edward C. Wright pled guilty. Criminal Indictment, ECF

19 No. 1; Plea Agreement, ECF No. 74; Change of Plea, ECF No. 76; Preliminary Order of

20 Forfeiture, ECF No. 77.

21      This Court finds that on the government's motion, the Court may at any time enter

22 an order of forfeiture or amend an existing order of forfeiture to include subsequently

23 located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and

24 32.2(b)(2)(C).

25      This Court finds the United States published the notice of forfeiture in accordance

26 with the law via the official government internet forfeiture site, www.forfeiture.gov,

27 consecutively from June 10, 2020, through July 09, 2020, notifying all potential third

28 / / /

parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 79-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. an Alcatel 9024W computer/tablet with international mobile equipment identifier 014899003536462

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ___August 20_____, 2020.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on August 20, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal